MAUREEN SHEEHAN v. JAMES F. QUINN.

May 29, 1973. Petition for certification denied.

STATE OF NEW JERSEY IN THE INTEREST OF E. L.

June 7, 1973. Petition for certification granted.

TOWNSHIP OF BERKELEY HEIGHTS v.
DIVISION OF TAX APPEALS.

June 13, 1973. Petition for certification denied.

THOMAS NORTON, JR. v. JOSEPH VENA.

June 13, 1973. Petition for certification granted. (See 122 *N. J. Super.* 461).

STATE OF NEW JERSEY v. PAUL D. Mc LEMORE.

June 13, 1973. Petition for certification granted and remanded.

ROBERT C. LIPSIT v. JACKSON D. LEONARD.

June 13, 1973. Petition for certification granted.